UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOVEE & THILL LLC,<br><br>            Plaintiff,<br><br>-against-<br><br>PEARSON EDUCATION, INC. and PRENTICE-HALL INC.,<br><br>            Defendants. | 08-CV-00119 (MGC)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendant Pearson Education, Inc. ("Pearson"), by and through its undersigned counsel, certifies that it is an indirect wholly-owned subsidiary of Pearson plc, a U.K. company that is publicly traded on the London Stock Exchange and that trades American Depository Shares on the New York Stock Exchange, each representative of one ordinary share of Pearson plc stock. Pearson also certifies that it has the following indirect corporate affiliates that have securities or other interests that are publicly held and that are traded on the following exchanges: Data Broadcasting Corporation (NYSE); MarketWatch.com, Inc. (NASDAQ); Recoletos Groupo de Comunicacion SA (Stuttgart, Madrid, Berlin, Munich, Frankfurt and Xerta).

Pearson further certifies that Defendant Prentice-Hall Inc., has been merged into Pearson, and no longer has a separate corporate identity.

Dated: New York, New York
      January 14, 2008

**LOVELLS LLP**

By: _____
David L. Leichtman (DL-7233)
Gonzalo S. Zeballos (GZ-5994)

590 Madison Avenue
New York, New York
Telephone: (212) 909-0600
Facsimile: (212) 909-0660
dleichtman@lovells.com
gzeballos@lovells.com

*Attorneys for Defendants Pearson Education Inc. and Prentice Hall, Inc.*