| | |
|---|---|
| BOVEE & THILL, LLC<br><br>V.<br><br>PEARSON EDUCATION, INC. | United States District Court<br>Southern District of New York<br>Docket/Index # 08 CV-00119<br><br>**Affidavit of Service** |

**State of New Jersey**

SS:

**County of Monmouth**

I, **Robert Sydorko** being duly sworn according to law upon my oath, depose and say that I am a citizen of the United States, that I am over the age of eighteen, that I am a competent adult, that I do not have a direct interest in the litigation and that I reside in the State of New Jersey.

That on **January 10, 2008** at **2:50 PM**, deponent served the within named **Summons in a Civil Case and Complaint** upon **Prentice Hall Corp.**. Said service was effected at **Prentice Hall Corp., 830 Bear Tavern Road, West Trenton, NJ 08628**, in the following manner;

A domestic/foreign corporation, by delivering thereat a true copy of each to **Eileen Cannon** personally. Deponent knew said corporation so served to be the corporation described as **Prentice Hall Corp.** and knew said individual to be the **person in charge of the office of the Registered Agent** thereof, an authorized person to accept service of process.

**Eileen Cannon** is described to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female**  Skin: **White**  Hair: **Brown**  Age(Approx): **55**  Ht.(Approx): **5' 5"**  Wt.(Approx): **140-150 lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on January 11, 2008

J. Michael Pagan, Notary Public of New Jersey
My Commission Expires 4/14/2010

Robert Sydorko, Process Server
Demovsky Lawyer Service
401 Broadway Suite 510
New York, NY 10013