| | |
|---|---|
| BOVEE & THILL, LLC ) <br> ) <br> V. ) <br> ) <br> PEARSON EDUCATION, INC. ) <br> ) | United States District Court <br> Southern District of New York <br> Docket/Index # 08 CV-00119 <br><br> **Affidavit of Service** |

State of New Jersey  
                      SS:  
County of Monmouth

I, **Robert Sydorko** being duly sworn according to law upon my oath, depose and say that I am a citizen of the United States, that I am over the age of eighteen, that I am a competent adult, that I do not have a direct interest in the litigation and that I reside in the State of New Jersey.

That on **January 10, 2008** at **2:50 PM**, deponent served the within named **Summons in a Civil Case and Complaint** upon **Pearson Education, Inc.**, Defendant. Said service was effected at **Pearson Education, Inc., c/o Prentice Hall Corp. Systems, Reg. Agent, 830 Bear Tavern Road, West Trenton, NJ 08628**, in the following manner;

A domestic/foreign corporation, by delivering thereat a true copy of each to **Eileen Cannon** personally. Deponent knew said corporation so served to be the corporation described as **Pearson Education, Inc.** and knew said individual to be the **person in charge of the office of the Registered Agent** thereof, an authorized person to accept service of process.

**Eileen Cannon** is described to the best of deponent's ability at the time and circumstances of service as follows:  
Sex: **Female**  Skin: **White**  Hair: **Brown**  Age(Approx): **55**  Ht.(Approx): **5' 5"**  Wt.(Approx): **140-150 lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on January 11, 2008

_____  
J. Michael Pagan, Notary Public of New Jersey  
My Commission Expires 4/14/2010

_____  
Robert Sydorko, Process Server  
Demovsky Lawyer Service  
401 Broadway Suite 510  
New York, NY 10013