**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BOVEE & THILL LLC,

      Plaintiff(s),

  -against-                                                          AFFIDAVIT OF SERVICE
                                                                                  08 CV 00119

PEARSON EDUCATION, INC.,
PRENTICE-HALL, INC., et al.,

      Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK   )
                          S.S.:
COUNTY OF ALBANY   )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 10TH day of January, 2008, at approximately the time of 12:30P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the SUMMONS AND COMPLAINT AND ELECTRONIC FILING INSTRUCTIONS AND JUDGES' RULES upon PEARSON EDUCATION, INC., the defendant in this action, by delivering to and leaving with DONNA CHRISTIE an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section 306 Business Corporation Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

        DONNA CHRISTIE is a white female, approximately 45 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 135 pounds with blonde hair and blue eyes.

_____
DEBORAH LaPOINTE
Sworn to before me this
10TH day of January, 2008

_____
NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com

```
                    State of New York - Department of State
                              Receipt for Service

Receipt #:  200801100268                        Cash #: 200801100260
Date of Service: 01/10/2008                     Fee Paid: $40 - DRAWDOWN
Service Company: 10 D.L.S. INC. - 10

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
   CORPORATION LAW

Party Served:  PEARSON EDUCATION, INC.


Plaintiff/Petitioner:
       BOVEE & THILL LLC



Service of Process Address:
PEARSON EDUCATION, INC.
ONE LAKE STREET
UPPER SADDLE RIVER,  NJ 07458

                                                Secretary of State
                                                By  DONNA CHRISTIE
```