UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOVEE & THILL LLC,

        Plaintiff,

-against-

PEARSON EDUCATION, INC. and PRENTICE-HALL INC.,

        Defendants.

08-CV-00119 (MGC)

STIPULATION AND ORDER



        **IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff Bovee & Thill LLC and defendants, Pearson Education, Inc. and Prentice-Hall Inc. (collectively, "Defendants"), through their respective undersigned attorneys, that the time for defendants to answer the Complaint filed on January 7, 2008 is hereby extended up to and including February 29, 2008. Defendants hereby acknowledge that service of the Complaint was proper and further waive any objection to service of the aforesaid Complaint.

[Signatures follow on next page]

Dated: New York, New York
January 11, 2008

| STORCH AMINI & MUNVES PC | LOVELLS LLP |
|---|---|
| By: /s/ *signature* <br> Bijan Amini (BA-3533) <br> Lita Beth Wright (LW-0442) <br> Benjamin L. Felcher-Leavitt (BL-7363) | By: /s/ *signature* <br> David L. Leichtman (DL-7233) <br> Gonzalo S. Zeballos (GZ-5994) |
| 140 E. 45th Street, 25th Floor <br> New York, New York 10017 <br> Telephone: (212) 490-4100 <br> Facsimile: (212) 490-4208 <br> bamini@samlegal.com <br> lbwright@samlegal.com <br> blcavitt@samlegal.com | 590 Madison Avenue <br> New York, New York <br> Telephone: (212) 909-0600 <br> Facsimile: (212) 909-0660 <br> dleichtman@lovells.com <br> gzeballos@lovells.com |
| *Attorneys for Plaintiff Bovee & Thill LLC* | *Attorneys for Defendants Pearson Education Inc. and Prentice Hall, Inc.* |

SO ORDERED: January 15, 2008

_____
MIRIAM G. CEDARBAUM
UNITED STATES DISTRICT COURT JUDGE