UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOVEE & THILL LLC, <br><br> Plaintiff, <br><br> -against- <br><br> PEARSON EDUCATION, INC. and PRENTICE HALL INC., <br><br> Defendants. | 08-CV-00119 (MGC) <br> ECF Case |

### NOTICE OF MOTION BY DEFENDANTS PEARSON EDUCATION, INC. AND PRENTICE HALL INC. TO DISMISS COMPLAINT ON THE BASIS OF FAILURE TO STATE A CLAIM

PLEASE TAKE NOTICE, that upon the accompanying declaration of David Leichtman, the respective exhibits thereto, and the accompanying memorandum of law, Pearson Education, Inc. and Prentice Hall Inc., by its attorneys Lovells LLP, shall move this Court, before the Honorable Miriam G. Cedabaum, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, Courtroom 14A, for an order dismissing the Complaint in its entirety on the grounds of failure to state a cause of action upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6), and for such other relief as the Court may deem just and proper.

Dated: New York, New York
February 29, 2008

                              LOVELLS, LLP

                              By: _____
                                    David Leichtman (DL-7233)
                                    Gonzalo Zeballos (GZ-5994)
                                    Ilanit Dodiuk (ID-2072)
                              590 Madison Avenue
                              New York, New York 10022
                              Tel: (212) 909-0600
                              Fax: (212) 909-0660
                              David.Leichtman@lovells.com
                              *Attorneys for Defendants Pearson Education, Inc. and Prentice Hall Inc.*

TO:   Bijan Amini, Esq.
        Lita Beth Wright, Esq.
        Benjamin L. Felcher Leavitt, Esq.
        STORCH AMINI & MUNVES PC
        140 E. 45th St., 25th Floor
        New York, New York 10017
        (212) 490-1400
        *Attorneys for Plaintiffs Bovee & Thill LLC*