Bijan Amini (BA 3533)
Lita Beth Wright (LW 0442)
Jason B. Levin (JL 8009)
STORCH AMINI & MUNVES PC
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
BOVEE & THILL LLC, a Nevada limited :
liability company,
                                        :
      Plaintiff,                        :         08-CV-00119 (MGC)
                                        :
         v.                             :         ECF CASE
                                        :
PEARSON EDUCATION, INC.,           :         **NOTICE OF APPEARANCE**
A Delaware corporation and PRENTICE- :
HALL, INC., A Delaware Corporation    :
                                        :
      Defendants.                   :
-------------------------------------------------------x

To the Clerk of this Court and all parties of record:

     Enter my appearance as counsel in this case for BOVEE & THILL LLC. I certify that I am admitted to practice in this court.

Dated: April 3, 2008
       New York, New York

                                                  _____
                                                    Jason B. Levin (JL 8009)
                                                    STORCH AMINI & MUNVES PC
                                                    Two Grand Central Tower
                                                    140 East 45th Street, 25th Floor
                                                    New York, New York 10017
                                                    (212) 490-4100
                                                    *Attorneys for Plaintiff*