# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

Jason Levin, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

On May 8, 2008, deponent served a true and correct copy of the **AMENDED COMPLAINT** upon:

David Leichtman, Esq.
Gonzalo Zeballos, Esq.
Lovells LLP
590 Madison Avenue
New York NY 10022

by depositing a true and correct copy thereof enclosed in a postpaid wrapper, addressed to the above in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

_____
Jason Levin

Sworn to before me this
8th day of June, 2008

_____
Notary Public

BIJAN AMINI
Notary Public, State of New York
No. 02AM4865670
Qualified in Kings County
Commission Expires on September 25, 2010