# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

Divya Sashti, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

On July 23, 2008, deponent served a true and correct copy of the **ANSWER TO COUNTERCLAIM** upon:

David Leichtman, Esq.
Lovells LLP
590 Madison Avenue
New York NY 10022

by depositing a true and correct copy thereof enclosed in a postpaid wrapper, addressed to the above in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

_____
Divya Sashti

Sworn to before me this
23rd day of July, 2008

_____
Notary Public

JASON B. LEVIN
Notary Public, State of New York
No. 02LE6139282
Qualified in New York County
Commission Expires on January 3, 2010