```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BOVEE & THILL LLC, a Nevada limited liability
company,

                                                     Plaintiffs,

                      - against –

                            No. 08-CV-00119 (MGC)

PEARSON EDUCATION, INC. a Delaware
corporation and PRENTICE-HALL, INC., a Delaware
Corporation

                                    Defendant.
-------------------------------------------------------------- X

## STIPULATION OF VOLUNTARY DISMISSAL AND ORDER THEREON

      The parties hereby stipulate that all claims and counterclaims which were raised or could have been raised in this action be dismissed with prejudice, without costs and waiving all rights of appeal, subject to the Court's retaining jurisdiction to enforce the Confidential Settlement Agreement entered into between the parties.

      Dated: January 6, 2009

STORCH, AMINI & MUNVES, PC

_____
Benjamin Felcher Leavitt

140 E. 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
Attorneys for Plaintiff

LOVELLS LLP

_____
David Leichtman

590 Madison Avenue
New York, New York 10022
(212) 909-0600
Attorneys for Defendants


SO ORDERED:

S/
_____
Cedarbaum, J.
January 12, 2009